David R. Appleton
8711 E. Pinnacle Peak Rd.--#109
Scottsdale, AZ 85255-3517
Telephone: 480-473-2009
Arizona Bar Number: 007667
Attorney for defendants

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DON MEDICINE WOLF, a single man,<br><br>Plaintiff,<br><br>vs.<br><br>AMBAYA PILAR MARTIN, a single woman; SACRED HEALTH, LLC, an Arizona limited liability company; AMBAYA GOLD HEALTH PRODUCTS, LLC, an Arizona limited liability company; 11-ELEMENTS, LLC, an Arizona limited liability company; UNI-VERSE DRAVYA DHARMI, LLC, an Arizona limited liability company; ELECTRO-ENERGETICS, LLC, an Arizona limited liability company,<br><br>Defendants. | Case No.: 3:10-cv-08163-DGC<br><br>**MOTION TO STRIKE COMPLAINT, OR, IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT** |

Defendants, through their attorney, David R. Appleton, hereby move, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, for the entry of an Order striking the Complaint in this case for the reason that plaintiff has filed in the name of an alias which is not his true and legal name. In the alternative, defendants move, pursuant to Rule 12(e), for a More Definite Statement designating plaintiff's true and legal name, along with an itemized list of all aliases used at any time by plaintiff. In support hereof, defendants offer the attached Memorandum of Points and Authorities, incorporated herein.

-1-

RESPECTFULLY SUBMITTED this 20th day of September, 2010.

/s/ David R. Appleton
David R. Appleton
Attorney for defendants

## MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff has filed his Complaint in the name of "Don Medicine Wolf." Defendants have a good faith belief that plaintiff is using an alias and that the use of said alias has been and continues to be used for fraudulent purposes. See Affidavit of Ambaya Pilar Martin. Exhibit A.

Plaintiff has at various times claimed that he is a Native American, along with multiple other non-credible claims about his identity, age, derivation, history, service in the military, service in the Central Intelligence Agency, criminal commitments, and natural medicine background and knowledge. Defendant Ambaya Pilar Martin (hereinafter "Ambaya") has heard plaintiff refer to himself by several different names.

Plaintiff's Complaint concedes that "Plaintiff is commonly known to others as the 'Medicine Wolf'" (para. 12), and that "Plaintiff adopted the Native American name Don 'Medicine Wolf...'" (para. 13).

Defendants are unable to conduct a meaningful background check and history evaluation of plaintiff in light of his use of an alias name. Meaningful discovery will be significantly hampered if plaintiff is permitted to hide behind his created persona.

This aspect is especially material in light of plaintiff's claims of his ownership of secret proprietary medical formulae. An essential issue of this case will be whether plaintiff does, in fact, have some proprietary rights to natural medicines. This cannot in any event be determined if we cannot determine plaintiff's actual identity.

At the very least, plaintiff should not be permitted to hide behind a created persona while at the same time enlisting the aid of the federal court.

Accordingly, defendants move, in the interest of justice and fairness, for the entry of an Order striking the Complaint brought in a fictitious name. Alternatively, defendants move that plaintiff be compelled to reveal, in an amended complaint, his true identity, along with a list of all aliases used by him.

RESPECTFULLY SUBMITTED this 21st day of September, 2010.

/s/ David R. Appleton
David R. Appleton
Attorney for defendants

CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of September, 2010, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing.

I hand-delivered this document on this date to:

Donald W. Hudspeth, Esq.
Kristopher K. Rezagholi, Esq.
3030 N. Central Ave.—Ste. 604
Phoenix, AZ 85012
Attorneys for plaintiff

/s/ David R. Appleton