# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DON MEDICINE WOLF, a single man,<br><br>Plaintiff,<br><br>v.<br><br>AMBAYA PILAR MARTIN, a single woman, SACRED HEALTH, LLC an Arizona limited liability company. AMBAYA GOLD HEALTH PRODUCTS, LLC, an Arizona limited liability company, 11-ELEMENTS, LLC, an Arizona limited liability company, UNI-VERSE DRAVYA DHARMI, LLC, an Arizona limited liability company, ELECTRO - ENERGETICS, LLC, an Arizona limited liability company,<br><br>Defendants. | Case No. CV10-8163-PCT DGC<br><br><br>ORDER |

Having reviewed Plaintiff's request captioned Plaintiff's Motion for Hearing Witness's Testimony by Telephone and good cause appearing:

It is **ORDERED, ADJUDGED AND DECREED** that the request is granted, and that Plaintiffs' preliminary injunction hearing witness, Mr. Leonard Horowitz, shall be allowed to testify by telephone.

Dated this 8th day of October, 2010.

_____
David G. Campbell
United States District Judge