# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA
# CIVIL MINUTES - GENERAL

Phoenix Division

CIV 10-8163-PCT -DGC                    DATE: 10/7/2010
   Year   Case No   Initials

Title: Don Medicine Wolf    vs.   Ambaya Pilar Martin, et al
     Plaintiff                              Defendants

HON: DAVID G. CAMPBELL                  Judge # 7031

Lisa Richter/Kerry Reynolds             Patricia Lyons
Deputy Clerk                            Court Reporter/ECR

**Attorney(s) for Plaintiff(s)**        **Attorney(s) for Defendant(s)**

Donald Hudspeth                         David Appleton
Kristopher Rezagholi
Brian Stanley

**PROCEEDINGS:**   XXX  Open Court   ___ Chambers   ___ Other

Hearing held on Plaintiff's motion for preliminary injunction (doc. 3).

Plaintiff's counsel, Brian Stanley, is directed to file his notice of appearance electronically at the conclusion of the proceedings this date.

Argument presented.

Plaintiff's case: Leonard Horowitz is sworn and examined telephonically. Witness excused. Don Medicine Wolf is sworn and examined. Recess.

Court reconvenes. Don Medicine Wolf is examined further. Witness excused. Exhibits 4 and 6 are admitted in evidence. Witness excused. Sabrina Barnett is sworn and examined. Witness excused. Kristin Wakeman is sworn and examined. Witness excused. Transcript of hearing held in Yavapai County Superior Court on 10/6/2010 is provided to the court with specific pages to be reviewed.

Defendant's case: Ambaya Martin is sworn and examined. Witness excused.

Argument presented.

The matter is taken under advisement.

Time in court: 3 hrs. 21 mins.