LEONARD G. HOROWITZ, Pro Se
13-3775 Kalapana Highway
Pahoa, HI 96778
Phone: 808-965-2112
E-mail: len15@mac.com



# IN THE UNITED STATES DISTRICT COURT,
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DON WOLF, a single man, Plaintiff, | CIVIL NO 3:10-CV-08163 |
| and | (BREACH OF CONTRACT) |
| LEONARD GEORGE HOROWITZ, Intervener | THE HONORABLE JUDGE DAVID CAMPBELL |
| v. | |
| AMBAYA PILAR MARTIN, a single woman, SACRED HEALTH, LLC, an Arizona limited liability company; AMBAYA GOLD HEALTH PRODUCTS, LLC, an Arizona limited liability company, 11-ELEMENTS, LLC, an Arizona limited liability company, UNI-VERSE DRAVYA DHARMI, LLC, an Arizona limited liability company, ELECTRO - ENERGETICS, LLC, an Arizona limited liability company, Defendants. | Evidentiary Hearing: Thurs. Oct. 7, 2010

MOTION TO INTERVENE; DECLARATION OF LEONARD GEORGE HOROWITZ AS INTERVENER AND LIMITED PARTNER OF PLAINTIFF AND DEFENDANT, IN RESPONSE TO COMPLAINT; CERTIFICATE OF SERVICE |

## MOTION FOR INTERVENTION

1

## MOTION FOR INTERVENTION

COMES NOW the Intervenor, LEONARD GEORGE HOROWITZ, pro se, unto this Honorable Court, most respectfully requests for leave to intervene in the above-captioned case, for the following reasons:

That the Interveneris partnered with Plaintiff and Defendant in the production and distribution of Dental Product and New Product Line material to this case; and damages to Plaintiff have also occurred to Intervenerfor the same, or similar, reasons.

That the Intervenerhas a legal interest in the matter in litigation, or in the success of the complainant, or is so situated as to be adversely affected by a distribution or other disposition of the products and product formulations, subject matter of the above-captioned case;

That this intervention will not, in the least, unduly delay or prejudice the adjudication of the rights of the original parties in the case;

2

That the Intervenor's rights can be fully protected in this proceeding rather than by filing a separate proceeding.

**PRAYER**

WHEREFORE, it is most respectfully prayed that the said LEONARD G. HOROWITZ be allowed to intervene in this action by filing a Complaint in Intervention, a copy of which is attached to this motion.

Pahoa, HI, October 5, 2010.

LEONARD GEORGE HOROWITZ, pro se

13-3775 Kalapana Highway,

Pahoa, HI 96778

NOTICE OF EVIDENTIARY HEARING:

Thurs. Oct. 7, 2010

Intervenerplans to attend hearing telephonically from 808-965-2112.

3