**LAW OFFICES OF DONALD W. HUDSPETH, P.C.**
Donald W. Hudspeth (012198)
Kristopher K. Rezagholi (025710)
3030 N. Central Ave, Suite 604
Phoenix, Arizona 85012
(602) 265-7997 - Telephone
(602) 265-6099 - Fax
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DON MEDICINE WOLF, a single man,<br><br>Plaintiff,<br>v.<br><br>AMBAYA PILAR MARTIN, a single woman, SACRED HEALTH, LLC an Arizona limited liability company. AMBAYA GOLD HEALTH PRODUCTS, LLC, an Arizona limited liability company, 11-ELEMENTS, LLC, an Arizona limited liability company, UNI-VERSE DRAVYA DHARMI, LLC, an Arizona limited liability company, ELECTRO - ENERGETICS, LLC, an Arizona limited liability company,<br><br>Defendants. | Case No: 3:10-cv-08163-DGC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PRIOR TO FILING AN ANSWER OR SUMMARY JUDGMENT MOTION**<br><br>(*Assigned to the Honorable David G. Campbell*) |

Pursuant to Rule 41(a)(1) of the Federal *Rules of Civil Procedure*, Plaintiff, Don Medicine Wolf ("Plaintiff"), hereby dismisses the above captioned action in its entirety *without* prejudice.  Dismissal without order or stipulation is appropriate as Defendants have not answered Plaintiff's Complaint nor filed a motion for summary judgment.

RESPECTFULLY SUBMITTED this 20th day of October, 2010.

**LAW OFFICES OF DONALD W. HUDSPETH, P.C.**

   /s/Kristopher K. Rezagholi_____
Donald W. Hudspeth
Kristopher K. Rezagholi
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on 20th day of October, 2010, I electronically transmitted the attached Document to the Clerk's Office using the CM/ECF System for filing.

Electronic copies were delivered to the following recipients:

David R. Appleton
8711 E. Pinnacle Peak Rd. Suite 109
Scottsdale, Arizona 85255

Paper copy mailed to the following recipients:

Leonard G. Horowitz
13-3775 Kalapana Highway
Pahoa, HI 96778
*Pro Se*

_s/Thomas J. Gadd_ _____