UNITED STATES DISTRICT COURT

FILED _____   LODGED
RECEIVED _____   COPY

OCT 0 7 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

Preliminary Injunction  X  TRO ___  Non-Jury Trial ___  Jury Trial ___

Case Number: CIV 10-8163-PCT-DGC  Judge Code _____  Date 10/7/2010

DON MEDICINE WOLF _____ vs. ___ AMBAYA PILAR MARTIN et al

| EXHIBIT NUMBER | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 1 | | | UNIVERSAL HEALTH RESEARCH |
| 2 | | | MAAT SHOP |
| 3 | | | CRIMINAL DOCKET SHEET |
| 4 | | 10-7-10 | CRIMINAL DOCKET SHEET EXPANDED |
| 5 | | | PLAINTIFF'S FINANCIAL AFFIDAVIT |
| 6 | | 10-7-10 | AFFIDAVIT OF FDA INVESTIGATOR |
| 7 | | | PLAINTIFF BIRTH CERTIFICATE |
| 8 | | | PLAINTIFF'S ALIASES |
| 9 | | | HISTORY OF PLAINTIFF REPRESENTATIONS |
| 10 | | | PLAINTIFF'S COMPANIES |
| 11 | | | NOTICE OF ABANDONMENT |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |