UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

```
✓ FILED    ___ LODGED
___ RECEIVED  ___ COPY
     OCT 0 7 2010
CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Preliminary Injunction _X_  TRO ___  Non-Jury Trial ___  Jury Trial ___

Case Number: CIV 10-8163-PCT-DGC   Judge Code _____ Date 10/7/2010

Don Medicine Wolf _____ vs. _____ Ambaya Pilar Martin _____

| EXHIBIT NUMBER | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 20 | | | Incorp rec from New Seicy State for Grey Eagle Consulting LLC |
| 21 | | | Ambaya interview DISC |
| | | | |