UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

```
Don Medicine Wolf,         )
                           )
                           )
          Plaintiff,       )    CV 10-8163-PCT-DGC
                           )
     v.                    )    MINUTE ORDER RE EXHIBITS
                           )
                           )
Ambaya Pilar Martin,       )
                           )
          Defendant.       )
                           )
_____)
```

FILED / RECEIVED
JAN 27 2011
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IT IS HEREBY ORDERED that the exhibits marked and admitted in the above-entitled case at the time of the trial/hearing are returned to respective counsel.

Counsel/agents are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals.

DATED: 1/27/11

Richard Weare, DCE/COC

_____
By: Lisa Richter
Courtroom Deputy

Exhibits returned to respective counsel/representative.

_____  1/12/11  counsel's signature/date

_____  1/24/11  counsel's signature/date